

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SONNY CONTRERAS, | § | No. 08-23-00210-CR and 08-23-00211-CR |
| Appellant, | § | Appeal from the |
| v. | § | 109th District Court |
| THE STATE OF TEXAS, | § | of Winkler County, Texas |
| Appellee. | § | (TC# DC23-6091 and DC23-6101) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse and render a judgment of acquittal as to the offense of injury to a child by omission, but affirm the judgment of conviction for felony murder, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED this 28th day of March 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J. Palafox and Soto, JJ.